

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00162-CV

**PEREGRINE PIPELINE COMPANY, L.P.,**

**Appellant**

**v.**

**EAGLE FORD LAND PARTNERS, L.P.,**

**Appellee**

### From the County Court at Law No. 2
### Johnson County, Texas
### Trial Court No. E-2007-00046

## MEMORANDUM OPINION

Peregrine Pipeline Company, L.P. appeals from a condemnation judgment that awarded Eagle Ford Land Partners a monetary judgment. The parties have reached an agreement to settle this appeal, and have asked this Court to modify the trial court's judgment in accordance with their agreement and to dismiss the appeal. The Court agrees and the trial court's judgment is modified to reflect the requested changes in the agreed motion to modify the judgment. However, the Court does not dismiss the appeal

but renders judgment effectuating the parties' agreement in accordance with the rules of appellate procedure.[1]  TEX. R. APP. P. 42.1(a)(2)(A).  Therefore, the judgment is modified, and otherwise affirmed as modified in accordance with the parties' agreement.


                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Modified, and Affirmed as Modified
Opinion delivered and filed January 24, 2018
[CV06]



---

[1] If either of the parties dispute the procedural disposition of this proceeding, a motion for rehearing may be filed in accordance with Rule of Appellate Procedure 49.1.  *See* TEX. R. APP. P. 49.1.